IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **00-6129** |
| Plaintiff, | ) | |
| | ) | Violation: **CR - DIMITROULEAS** |
| v. | ) | Title 29, U.S.C. |
| | ) | Sections 186(a)(2) & (d)(2)  **MAGISTRATE JUDGE SNOW** |
| HVIDE MARINE INC., | ) | |
| | ) | INFORMATION |
| Defendant. | ) | |

The Acting United States Attorney in this matter charges that:

## COUNT 1

From in or about January 1, 1995 through at least December 31, 1995, the exact dates being unknown, in the Southern District of Florida, HVIDE MARINE INC., an employer, did unlawfully, willfully and knowingly pay money in the amount of $60,000 to Walter J. Browne, an officer of a labor organization, to wit the District No.1 Marine Engineers' Beneficial Association, (AFL-CIO) which represented, sought to represent, or would have admitted to membership the employees of HVIDE Marine Inc., who were employed in an industry affecting interstate commerce.

All in violation of Title 29, United States Code, Sections 186(a)(2) & (d)(2).

_____

BRUCE G. OHR
Acting United States Attorney



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

HVIDE MARINE INC.                 **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)         Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_        Petty       ___
   II   6 to 10 days      ___        Minor       ___
   III  11 to 20 days     ___        Misdem.     ___
   IV   21 to 60 days     ___        Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes __ No N/A  If yes, was it pending in the Central Region? __ Yes __ No

                                  _____
                                  JULIA J. STILLER
                                  TRIAL ATTORNEY
                                  COURT I.D. A5500485

*Penalty Sheet(s) attached                                        REV 4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ___HVIDE MARINE INC_____ No: _____

Count #: 1    29 U.S.C. 186(a)(2) & (d)(2) - Monies by employer to official of labor organization

*Max. Penalty: 5 years' and a $15,000 Fine
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV 12/12/96

<u>           HVIDE MARINE INC.           </u>
DEFENDANT

$<u> 100,000        </u> Personal Surety Bond is recommended as to the defendant.

*(signed)*
JULIA J. STILLER
TRIAL ATTORNEY