UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.     CASE NO. 00-6129-CR-DIMITROULEAS

HVIDE MARINE, INC.

TYPE OF CASE:     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.     COURTROOM 203E
FT. LAUDERDALE, FL 33301     DATE & TIME:
     **JUNE 6, 2000 AT 1:00 P.M.**

TYPE OF     CHANGE OF PLEA
HEARING:

     CLARENCE MADDOX,
     CLERK OF COURT

DATE:     May 17, 2000
     BY DEPUTY CLERK

cc: Julia Stiller, AUSA
    Jane Barrett, Esq.