FILING FEE
AP 519546 $75.00
 ·erma
'aupons
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 00-CR-6129
Judge William P. Dimitrouleas

HVIDE MARINE INCORPORATED,

    Defendant.

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of JANE F. BARRETT, of Dyer, Ellis & Joseph, 600 New Hampshire Avenue, NW, Suite 1100, Watergate Building, Washington, D.C. 20037, Phone: 202/944-3000, Fax: 202/944-3068, for purposes of appearing as co-counsel on behalf of the Defendant, HVIDE MARINE INCORPORATED, herein, in the above-styled case only.

JANE F. BARRETT certifies herewith that she has studied the Local Rules of this Court and is a member in good standing of U.S. District Court for the District of Columbia. Attached hereto is a Certificate of Good Standing from the Clerk of the United States District Court for the District of Columbia.

In further support of this Motion, it is hereby designated that LINWOOD CABOT is a member of the Bar of this Court and maintains an office in this District for the practice of

law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

DATED: June 2, 2000

LINWOOD CABOT (FL Bar # 0010998)
2200 Eller Drive
Post Office Box 13038
Ft. Lauderdale, FL 33316
PHONE: 954/524-4200, ext. 804
FAX: 954/527-1772

I hereby certify herewith that the foregoing information is accurate and complete, and that I have executed this Motion under penalty of perjury on this the /st day of June, 2000, at my law office of Dyer, Ellis & Joseph, 600 New Hampshire Avenue, NW, in Washington, D.C.

Respectfully submitted.

By: 

Jane F. Barrett (D.C. Bar #261529)
DYER, ELLIS & JOSEPH
600 New Hampshire Avenue, NW
Watergate Building, Suite 600
Washington, D.C. 20037
PHONE: 202/944-3044
FAX: 202/944-3068

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent, via telefacsimile and U.S. mail, this the ___2ND___ day of June, 2000, to counsel for the plaintiff at the following address of:

>Julia Stiller, Esquire
>U.S. Department of Justice, Criminal Division
>Organized Crime & Racketeering Section
>1301 New York Avenue, Suite 700
>Washington, D.C. 20005
>FAX NO: 202-616-0878

_____
Linwood Cabot



### District of Columbia Court of Appeals
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202/879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**Jane F. Barrett**

was on the **13th** day of **March**, **1979**, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C. this **1st** day of **June**, **2000**.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk