UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 00-CR-6129
                                         Judge William P. Dimitrouleas

HVIDE MARINE, INCORPORATED,

    Defendant.

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before this Court, upon the application of JANE F. BARRETT, counsel for HVIDE MARINE INCORPORATED for permission to appear and participate *pro hac vice* in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said Motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States Courthouse, 299 E. Broward Boulevard, Room 108, Ft. Lauderdale, Florida, 33301, this _____ day of June, 2000.

JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     Julia Stiller, Esquire
        Linwood Cabot, Esquire
        Jane F. Barrett, Esquire