| | | | |
|---|---|---|---|
| DEFT: | HVIDE MARINE INC. | FILED by __ CASE NO.: | 00-6129-CR-Dimitrouleas |
| AUSA: | Julia Stiller | ATTNY: | Jane Barrett |
| AGENT: | | JUN 6 2000 VIOL: | |
| | | CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD. REC: | |
| PROCEEDING: | Initial Appearance on Information | | |

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _Waiver of indictment entered._

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x/s a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ___ Halfway House _____
___ Electronic Monitoring _____

Reading of indictment waived
Not guilty plea entered
Jury trial demanded _____
Standing discovery order _waived_

_Guilty Plea scheduled_
_June 6, 2000 @ 1:00 pm._

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |
| DATE: 6-6-00 | TIME: 11:00am | TAPE # 00-045 | PG # 1740 - 1950 |