AO 455 (REV. 5/85) Waiver of Indictment

FILED by ___ D.C.
JUN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.

## United States District Court

### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

HVIDE MARINE, INC.

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6129-CR-DIMITROULEAS

HVIDE MARINE, INC., the above named defendant/corporation, which is accused of making an illegal payment to a labor organization, in violation of Title 29, United States Code, Section 186(a)(2), being advised of the nature of the charge, the proposed information, and of its rights, hereby waives in open court on June 6, 2000, prosecution by indictment and consents that the proceeding may be by information rather than by indictment.

_____
HVIDE MARINE, INC.
Defendant.

_____
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE