UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6129-CR-Dimitrouleas

UNITED STATES OF AMERICA
    Plaintiff,

v.

Hvide Marine Inc.
    Defendant.

FILED by __ D.C.
JUN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER ON INITIAL APPEARANCE
Language ___English___
Tape No. __00-675__
AUSA __Julia Stiller__
Agent _____

The above-named defendant having ~~been arrested~~ surrendered on __6-6-00__, having appeared before the court for initial appearance on __6-6-00__ and proceedings having been held in accordance with _____, it is thereupon
ORDERED as follows:

1. __Jane Barrett__ appeared as permanent/temporary counsel of record
   Address: _____
   Zip Code: _____ Telephone _____
2. _____ appointed as permanent counsel of record
   Address: _____
   Zip Code: _____ Telephone _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 20__
4. Arraignment/~~Removal~~/~~Identity~~ hearing is set for __held__ _____, 20__
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for _____, 20__

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   ~~$100,000 PSB~~ __No bond done__

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
___ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in person, other _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
___ d. Maintain or actively seek full-time gainful employment
___ e. Maintain or begin an educational program
___ f. Avoid all contact with victims of or witnesses to the crimes charged
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
___ h. Comply with the following curfew: _____

- 1 -

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set    At Arrest    _____

                 On Warrant    _____

                 After Hearing    _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 6 day of June ,20 00 .

                                             UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD F M-3
Rev 01/00