

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6129-CR-WPD

UNITED STATES OF AMERICA

vs

HVIDE MARINE, INC.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on June 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address:_____

                  _____

                  Telephone:_____

DEFENSE COUNSEL:  Name: June F. Barrett
                  Address: 600 New Hampshire Ave. NW
                  Washington, D.C. 20037
                  Telephone: 202-944-30108

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_X_ Bond hearing set for_____

Dated this  6th  day of  June  ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: Amy Jordan
Deputy Clerk

Tape No. 045-

cc: Copy for Judge
    U. S. Attorney