# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6129-CR-WPD    DATE: June 6, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Hvide Marine Inc

U.S. ATTORNEY: Julia Stiller    DEFT. COUNSEL: Joe Barrell

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Eugene Sweeney sworn and questioned by the Court on behalf of the Corporation. Corporation to Enter Guilty plea. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 8/18/00    TIME: 11:00    FOR: Sentencing
MISC: Written plea agreement filed.

