UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 00-CR-6129
Judge William P. Dimitrouleas

HVIDE MARINE INCORPORATED,

    Defendant.

### UNOPPOSED MOTION FOR POSTPONEMENT OF SENTENCING

In accordance with Rules 7.1(g) and 7.6 of the General Rules for the United States District Court for the Southern District of Florida, the defendant, Hvide Marine Incorporated (hereinafter "Hvide"), by and through undersigned counsel, respectfully requests a thirty (30) day postponement of the August 18, 2000 sentencing hearing. In support of this Motion, Hvide states as follows:

1. On June 9, 2000, Hvide pled guilty to a one count Information charging it with a violation of Title 29, United States Code, Section 186.

2. Pursuant to the plea agreement, Hvide agreed to continue cooperating with the Organized Crime and Racketeering Section by providing truthful, complete and forthright information, whenever, wherever, to whomever and in whatever form an attorney for the Department of Justice requests.

3. Hvide is in compliance with the terms of the plea agreement, however, in order to facilitate ongoing cooperation with the Government there are certain individuals that the Government has not had the opportunity to interview.



4.  Both parties have made good faith efforts to complete all meetings in advance of the August 18, 2000 sentencing date.

5.  Unfortunately, due to scheduling conflicts, the meetings have not been completed. Hvide and the Government would like to complete these meetings before this court imposes a sentence.

7.  Julia Stiller, Esquire does not oppose this request for a thirty (30) day postponement.

WHEREFORE, for all the foregoing reasons and any others that this Court may deem appropriate, Hvide respectfully requests a thirty (30) day postponement of the August 18, 2000 sentencing hearing.

August 10, 2000

Respectfully submitted,

Jane F. Barrett
Dyer Ellis & Joseph
600 New Hampshire Ave., NW
11th Floor
Washington, D.C. 20037
(202) 994-3000

Counsel for Hvide Marine Incorporated

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 00-CR-6129
Judge William P. Dimitrouleas

HVIDE MARINE INCORPORATED,

    Defendant.

## AFFIDAVIT OF JANE F. BARRETT, ESQ. IN SUPPORT OF UNOPPOSED MOTION TO POSTPONE SENTENCING

JANE F. BARRETT, being first duly sworn, deposes and says as follows:

1.    I am an attorney and member of the law firm Dyer Ellis and Joseph, which represents the defendant Hvide in the above-captioned matter.

2.    On June 9, 2000, Hvide pled guilty to a one-count information charging it with a violation of Title 29, United States Code, Section 186.

3.    Pursuant to the plea agreement, Hvide has agreed to continue cooperating with the Organized Crime and Racketeering Section of the Department of Justice.

4.    As counsel for Hvide, I am the contact person for scheduling these meetings.

5.    Due to unavoidable scheduling conflicts, the Government was unable to interview several individuals employed by Hvide.

6.    Both parties have made a good faith effort to schedule these meetings prior to the August 18, 2000 sentencing, but have been unsuccessful.

7.    In the interest of fairness and justice, Hvide and the Government would like to complete these meetings prior to sentencing.

8. A thirty (30) day postponement would allow the parties enough time to complete these meetings.

9. Julia Stiller, trial attorney for the Government, does not oppose this Motion.

10. The foregoing is true and accurate to the best of my knowledge, information and belief.

CITY OF WASHINGTON
DISTRICT OF COLUMBIA
Catherine T. Douglas
Washington, D.C.

Jane F. Barrett

Subscribed and sworn to me this 10th day of August 2000.

Notary Public  CATHERINE T. DOUGLAS

My Commission Expires October 14, 2001

4

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2000, a true and correct copy of the foregoing Unopposed Motion for Postponement of Sentencing, Affidavit of Jane F. Barrett and Proposed Order was sent by facsimile and regular mail to:

> Julia Stiller, Esquire
> U.S. Department of Justice, Criminal Division
> Organized Crime & Racketeering Section
> 1301 New York Avenue, Suite 700
> Washington, D.C. 20002
> (202) 616-0878 (fax)
>
> Linwood Cabot, Esquire
> 2200 Eller Drive
> Post Office Box 13038
> Ft. Lauderdale, FL 33316
> (954) 527-1772

*Shawn M. Wright*
Shawn M. Wright

5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 00-CR-6129
Judge William P. Dimitrouleas

HVIDE MARINE INCORPORATED,

    Defendant.

## O R D E R

This cause has come before this Court, upon defendant Hvide's Unopposed Motion for Postponement of Sentencing and Affidavit of Jane F. Barrett. Being fully advised and good cause having been shown, the Court

ORDERS that said Motion be, and the same is hereby GRANTED; and it is further

ORDERED, that sentencing in this matter has been rescheduled for September 22, 2000.

DONE and ORDERED in chambers at the United States Courthouse, 299 E. Broward Boulevard, Room 108, Ft. Lauderdale, Florida, 33301, this ____ day of August, 2000.

                                           _____
                                           JUDGE WILLIAM P. DIMITROULEAS
                                           U.S. DISTRICT JUDGE
                                           SOUTHERN DISTRICT OF FLORIDA

cc:    Julia Stiller, Esquire
        Jane F. Barrett. Esquire
        Linwood Cabot, Esquire