UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

AUG 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

CASE NO. 00-CR-6129
Judge William P. Dimitrouleas

HVIDE MARINE INCORPORATED,

　　　　Defendant.

## O R D E R

This cause has come before this Court, upon defendant Hvide's Unopposed

Motion for Postponement of Sentencing and Affidavit of Jane F. Barrett. Being fully

advised and good cause having been shown, the Court

ORDERS that said Motion be, and the same is hereby GRANTED; and it is

further

ORDERED, that sentencing in this matter has been rescheduled for

September 22, 2000 at 9:30 A.M.

DONE and ORDERED in chambers at the United States Courthouse, 299 E.

Broward Boulevard, Room 108, Ft. Lauderdale, Florida, 33301, this _11_ day of

August, 2000.

JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:　Julia Stiller, Esquire
　　　Jane F. Barrett. Esquire
　　　Linwood Cabot, Esquire
　　　U.S. Probation

1