### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6129-CR-WPD   DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Katarge Gouley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Hvide Marine Inc.

U.S. ATTORNEY: Julia Steiler   DEFT. COUNSEL: Jane Barrett

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: Deft &
Gov's m/downward departure as to fine is
granted.
5 years probation, $60,000 Fine to Be paid
over the period of probation. $400 Assessment

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.