1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6129-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| HVIDE MARINE, INC., | ) | Fort Lauderdale, Florida |
| Defendant. | ) | June 6, 2000 |
| | ) | 1:09 p.m. |

TRANSCRIPT OF PLEA OF GUILTY

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:   JULIA STILLER, ESQ.
                     SOTIRIS A. (Ted) PLANZOS, ESQ.
                     Assistant U.S. Attorneys

For the Defendant:   JANE F. BARRETT, ESQ.

Also Present:        EUGENE F. SWEENEY, Hvide Marine

Reporter             ROBERT A. RYCKOFF
                     Official Court Reporter
                     299 East Broward Boulevard
                     Fort Lauderdale, Florida 33301
                     954-769-5657

THIS VOLUME:
Pages 1 - 21



# NOT

# SCANNED

PLEASE REFER TO COURT FILE