1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO.  00-6129-CR-WPD
                         )
            Plaintiff,    )
                         )
        -v-           )
                         )
HVIDE MARINE,  INC.,       )
                         )  Fort Lauderdale, Florida
            Defendant.    )  September 22, 2000
_____)  9:43 a.m.

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          JULIA STILLER, ESQ.
                         Assistant U.S. Attorney


For the Defendant          JANE BARRETT, ESQ.


Reporter                  ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657





# NOT

# SCANNED

## PLEASE REFER TO COURT FILE