```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )   CASE NO.  00-6129-CR-WPD
                            )
           Plaintiff,       )
                            )
     -v-                    )
                            )
HVIDE MARINE, INC.,         )
                            )   Fort Lauderdale, Florida
           Defendant.       )   September 22, 2000
_____)   9:43 a.m.


                   TRANSCRIPT OF SENTENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          JULIA STILLER, ESQ.
                           Assistant U.S. Attorney


For the Defendant          JANE BARRETT, ESQ.



Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida 33301
                           954-769-5657
```



# NOT

# SCANNED

PLEASE REFER TO COURT FILE