UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6129-CR-DIMITROULEAS

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

FILED by ___ D.C.
OCT 22 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

THIS CAUSE has come before this Court upon Defendant, Hvide Marine Incorporated's October 20, 2003 Motion For Early Termination of Probation [DE-21], the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of October, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Julia Stiller, AUSA
Jane F. Barrett, Esquire
Tony Gagliardi, USPO