UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6129-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

HVIDE MARINE INCORPORATED,

Defendant.
_____/

**NIGHT BOX FILED**
OCT 27 2003
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

The United States hereby files this response to Defendant HVIDE Marine Incorporated's Motion for the Early Termination of its Probation, and the Court's Order deferring ruling on that Motion to await a response from the Government. The government has no objection to the Defendant's Motion requesting that its probation be terminated.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JULIA J. STILLER
Assistant United States Attorney
Court I.D. No. A5500485
500 East Broward Blvd., Suite. 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5689
Fax: (954) 356-7228



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail on October 27, 2003 to: Jane Barrett, BLANK ROME, LLP, 600 New Hampshire Avenue, NW, Suite 600, Washington, DC 20037

Julia Stiller
Assistant United States Attorney