UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6129-CR-DIMITROULEAS

    Plaintiff,

vs.                                          FILED by _____ D.C.

HVIDE MARINE INCORPORATED,                   OCT 2 8 2003

    Defendant.                               CLARENCE MADDOX
                                             CLERK U.S. DIST. CT.
_____/     S.D. OF FLA. FT. LAUD.

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

THIS CAUSE has come before this Court upon Defendant, Hvide Marine Incorporated's

October 20, 2003 Motion For Early Termination of Probation [DE-21] and the Court having

received response from the Government [DE-23], the Motion for Early Termination of Probation

is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

28 day of October, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Julia Stiller, AUSA
Jane F. Barrett, Esquire
Tony Gagliardi, USPO

